UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> LC J HARRIS, SR <br><br> Debtor(s) | Case No. 13 B 09889 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/13/2013.

2) The plan was confirmed on 04/30/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/30/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 10/14/2013.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,036.88 |
| Less amount refunded to debtor | $216.92 |
| **NET RECEIPTS:** | **$2,819.96** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,679.22 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $110.74 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,789.96** |

Attorney fees paid and disclosed by debtor:   $350.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aaron Sales & Lease Ow | Unsecured | 1,377.00 | NA | NA | 0.00 | 0.00 |
| Aaron Sales & Lease Ow | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| Aaron Sales & Lease Ow | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Afni, Inc. (Original Creditor:Dish Netwo | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Amer Coll Co (Original Creditor:Medical) | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| American Collections (Original Creditor: | Unsecured | 2,317.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 400.00 | 590.99 | 590.99 | 0.00 | 0.00 |
| Bradstrt Asc (Original Creditor:12 Us Ba | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Burche | Unsecured | 3,314.00 | 2,985.39 | 2,985.38 | 0.00 | 0.00 |
| Capital Collection Svc (Original Credito | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,800.00 | 2,096.00 | 2,096.00 | 0.00 | 0.00 |
| Colleen Holifield | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| CSCOAS15 | Unsecured | 1,278.40 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Se (Original Credito | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |
| ECP Services | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co (Original Creditor | Unsecured | 508.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L (Original Credit | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| First Cash | Unsecured | 165.43 | NA | NA | 0.00 | 0.00 |
| I C System (Original Creditor:11 Rcn Cor | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 1,014.75 | 1,014.75 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 1,302.56 | 1,302.56 | 0.00 | 0.00 |
| Kay Jewelers | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc (Original Creditor:01 Village O | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 270.00 | 270.00 | 270.00 | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 2,101.00 | NA | NA | 0.00 | 0.00 |
| Overland Bond & Investment Corp | Secured | 14,559.00 | 11,702.12 | 11,702.12 | 30.00 | 0.00 |
| Overland Bond & Investment Corp | Unsecured | 0.00 | 2,722.17 | 2,722.17 | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 913.78 | 913.78 | 913.78 | 0.00 | 0.00 |
| Rent A Center | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Saint Anthony Hospital | Unsecured | 38.60 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**


**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Sprint Nextel | Unsecured | 0.00 | 454.87 | 454.87 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 8,595.00 | 9,406.99 | 9,406.99 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,702.12 | $30.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,702.12** | **$30.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$21,757.49** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,789.96 |
| Disbursements to Creditors | $30.00 |
| **TOTAL DISBURSEMENTS** : | **$2,819.96** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/19/2013            By: /s/ Marilyn O. Marshall
                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**